UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

-----------------------------------------------------------X
FINANCIAL TECHNOLOGY PARTNERS LP )
and FTP SECURITIES LLC,           )
                                  )
                Plaintiffs,       )
                                  )
        v.                        )    Case No. _____
                                  )    08 CV 2510
ALOGENT CORPORATION,              )
                                  )
                Defendant.        )
-----------------------------------------------------------X

**JUDGE PRESKA**

PLAINTIFFS FINANCIAL TECHNOLOGY PARTNERS LP
and FTP SECURITIES LLC
<u>DISCLOSURE OF INTERESTED PARTIES</u>

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Financial Technology Partners LP and FTP Securities LLC certify that they have no corporate affiliates that have securities or other interests that are publicly held.

Dated: March 12, 2008            By:

MORGAN, LEWIS & BOCKIUS LLP

_____
John M. Vassos

101 Park Avenue
New York, New York 10178-0060
212-309-0600 (telephone)
212-309-6273 (facsimile)

Attorneys for Plaintiffs Financial
Technology Partners LP and FTP Securities
LLC