Gerald W. Griffin
CARTER, LEDYARD & MILBURN, LLP
Two Wall Street
New York, New York 10005
(212) 732-3200 (telephone)
(212) 732-3232 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FINANCIAL TECHNOLOGY PARTNERS LP
and FTP SECURITIES, LLC,

       Plaintiffs,

                   08 CV 2510

- against -             Judge Preska

ALOGENT CORPORATION,
       Defendant.
-----------------------------------------------------------------x

## DEFENDANT ALOGENT CORPORATION'S DISCLOSURE OF INTERESTED PERSONS

Defendant, Alogent Corporation n/k/a Goldleaf Enterprise Payments, Inc. ("Goldleaf"), pursuant to Fed.R.Civ.P. 7.1, hereby certifies that it is a subsidiary of a publicly-held corporation, Goldleaf Financial Solutions, Inc., which is traded under the symbol GFSI.

Dated: New York, New York
    April 30, 2008

                     CARTER LEDYARD & MILBURN LLP

                     By: _____
                       Gerald W. Griffin
                     Two Wall Street
                     New York, New York 10005
                     (212) 732-3200 (telephone)
                     (212) 732-3232 (fax)

                     Lawrence H. Kunin
                     MORRIS, MANNING & MARTIN, L.L.P.
                     1600 Atlanta Financial Center
                     3343 Peachtree Road, N.E.
                     Atlanta, Georgia 30326
                     (404) 233-7000 (telephone)
                     (404) 495-3646 (fax)
                     *Attorneys for Defendant Alogent Corporation*

6325054.1