UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

FINANCIAL TECHNOLOGY PARTNERS LP    :
and FTP SECURITIES LLC,

                          :

               Plaintiffs,    :
                          :    Case No.08-cv-2510
       v.                    :    J. Preska
                          :

ALOGENT CORPORATION,    :

                          :

               Defendant.    :

--------------------------------------------------------------X

## AFFIDAVIT OF JOHN M. VASSOS

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

     JOHN M. VASSOS, being duly sworn, deposes and says:

1.     I am associated with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Plaintiffs, and respectfully submit this affidavit as proof of service of the Complaint on Defendant.

2.     Plaintiffs filed the Complaint in this matter with the Southern District of New York on March 12, 2008.

3.     On March 19, 2008, I had a telephone conversation with Defendant's attorney, David Rabin of Morris, Manning & Martin, LLP. During this call, I made a request for Defendant to accept service of the Complaint. Thereafter, Mr. Rabin and his colleague, Lawrence Kunin, called me back and agreed to accept service of the Complaint on behalf of Defendant.

4.     On April 2, 2008, I e-mailed a copy of the Complaint to Mr. Kunin. Thus, service of the Complaint was effective April 2, 2008.

John M. Vassos

Sworn to me this _22_ day of
April, 2008.

Notary Public

CYNTHIA DOWNES
Notary Public, State of New York
No. 01DO4792284
Qualified in Putnam County
Commission Expires June. 30, 2011