UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FINANCIAL TECHNOLOGY PARTNERS LP          :
and FTP SECURITIES LLC,                   :
                                          :
                    Plaintiffs,           :
                                          :    Case No.08-cv-2510
        v.                                :    J. Preska
                                          :
ALOGENT CORPORATION,                      :
                                          :
                    Defendant.            :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

        Please enter the appearance of Laurie E. Foster, of the firm of Morgan, Lewis & Bockius

LLP, as counsel of record for Plaintiffs Financial Technology Partners LP and FTP Securities

LLC in the above-captioned matter.

May 12, 2008                              Respectfully submitted,

                                          MORGAN, LEWIS & BOCKIUS LLP


                                          _____
                                          Laurie E. Foster (LF-3588)

                                          101 Park Avenue
                                          New York, New York 10178
                                          212-309-6000 (telephone)
                                          212-309-6001 (facsimile)

                                          *Attorneys for Plaintiffs*