UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FINANCIAL TECHNOLOGY PARTNERS LP         :
and FTP SECURITIES LLC,                  :
                                         :
              Plaintiffs,                :
                                         :   Case No. 08-cv-2510
       v.                                :   J. Preska
                                         :
ALOGENT CORPORATION,                     :
                                         :
              Defendant.                 :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Alice L. McCarthy, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Plaintiffs Financial Technology Partners LP and FTP Securities LLC in the above-captioned matter.

May 12, 2008                           Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP

                                       *[signature]*
                                       Alice L. McCarthy (AM-8862)

                                       101 Park Avenue
                                       New York, New York 10178
                                       212-309-6000 (telephone)
                                       212-309-6001 (facsimile)

                                       *Attorneys for Plaintiffs*

1-NY/2312348.1