Gerald W. Griffin, Esq.
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Lawrence H. Kunin, Esq.
MORRIS, MANNING & MARTIN, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000 (telephone)
(404) 495-3646 (fax)

*Attorneys for Defendant Alogent Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FINANCIAL TECHNOLOGY PARTNERS LP
and FTP SECURITIES, LLC,
          Plaintiffs,

v.

ALOGENT CORPORATION,

          Defendant.
------------------------------------------------------------ x

08 Cv. 2510 (LAP)

NOTICE OF MOTION
TO ADMIT LAWRENCE H.
KUNIN PRO HAC VICE

**PLEASE TAKE NOTICE** that, upon the annexed affidavits of Gerald W. Griffin, sworn to May 16, 2008 and Lawrence H. Kunin, sworn to May 13, 2008, and the Certificate of Good Standing attached thereto, and pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, defendant Alogent Corporation will move this Court before the Honorable Loretta A. Preska at the United States Courthouse, 500 Pearl Street, Borough of Manhattan, City of New York, on a date and time to be decided by this Court, for an Order that Lawrence H. Kunin be admitted to the Bar of this Court pro hac vice and

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FINANCIAL TECHNOLOGY PARTNERS LP  :
and FTP SECURITIES, LLC,          :     08 Cv. 2510 (LAP)
                                  :
                   Plaintiff,     :
                                  :     **ORDER**
        -against-                 :
                                  :
ALOGENT CORPORATION,              :
                                  :
                   Defendant.     :
------------------------------------------------------------x

Upon the motion of Gerald W. Griffin, attorney for defendant Alogent Corporation, for the admission pro hac vice of Lawrence H. Kunin;

Now, upon the sponsoring affidavit of Gerald W. Griffin and upon the affidavit of Lawrence H. Kunin submitted in support of said motion; it is hereby

ORDERED, that Lawrence H. Kunin, a member of the law firm of Morris, Manning & Martin, L.L.P. with offices at 1600 Atlanta Financial Center, Atlanta Georgia 30326, is hereby admitted to practice before this Court pro hac vice, for all purposes, as counsel for defendant Alogent Corporation in the above captioned action.

_____
U. S. D. J.

Dated: New York, New York
       May ___, 2008

- 1 -

6332629.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FINANCIAL TECHNOLOGY PARTNERS LP
and FTP SECURITIES, LLC,

                           Plaintiffs,

        08 CV 2510 (LAP)

- against -

**AFFIDAVIT OF MAILING**

ALOGENT CORPORATION,

                           Defendant.
-----------------------------------------------------------------x
STATE OF NEW YORK )
                        : ss.
COUNTY OF NEW YORK)

       JOSE L. ENCARNACION, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.
       That on the 19th day of May, 2008, I served a true and correct copies of annexed NOTICE OF MOTION TO ADMIT LAW RENCE H. KUNIN PRO HAC VICE by placing the same in a first class post-paid envelope addressed:

                JOHN M. VASSOS, ESQ.
                Morgan Lewis & Bockius LLP
                101 Park Avenue
                New York, New York  10178

       And on said day I deposited said envelope in a mail depository controlled and maintained by the United States Post Office located at 25 Broadway, New York, New York, to be dispatched by first class mail.

                                                                     _____
                                                                     Jose L. Encarnacion

Sworn to before me this

19th day of May, 2008

_____
Notary Public

                ANTONIO MALASPINA
            Notary Public, State of New York
                 No. 01MA4926741
                Qualified in Kings County
           Certificate filed in New York County
          Commission Expires April 18, 2010

6332054.1