Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Laurie E. Foster
Partner
212.309.6885
lfoster@morganlewis.com



May 13, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Court for the Southern District of New York
500 Pearl Street, Chambers 1320
New York, NY 10007

Re:   Financial Technology Partners LP et al v. Alogent Corp., 08cv2510 (LAP)

Dear Judge Preska:

We represent plaintiffs Financial Technology Partners LP and FTP Securities LLC (collectively "FT Partners") in the above-captioned matter. We are in receipt of the May 2, 2008 letter to the Court from counsel for defendant Alogent Corporation ("Alogent") requesting a pre-motion conference concerning Alogent's anticipated motion to strike plaintiffs' jury demand. We have reviewed defendant's letter, and agree that FT Partners has contractually waived its right to a jury trial. As a result, we respectfully withdraw plaintiffs' demand for a jury trial.

Sincerely,

Laurie E. Foster

cc:   Gerald W. Griffin, Esq. (By Facsimile)

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 21, 2008