```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FINANCIAL TECHNOLOGY PARTNERS LP  :
and FTP SECURITIES, LLC,          :      08 Cv. 2510 (LAP)
                                  :
          Plaintiff,              :
                                  :      **ORDER**
     -against-                    :
                                  :
ALOGENT CORPORATION,              :
                                  :
          Defendant.              :
-----------------------------------------------------------x

Upon the motion of Gerald W. Griffin, attorney for defendant Alogent Corporation, for the admission pro hac vice of Lawrence H. Kunin;

Now, upon the sponsoring affidavit of Gerald W. Griffin and upon the affidavit of Lawrence H. Kunin submitted in support of said motion; it is hereby

ORDERED, that Lawrence H. Kunin, a member of the law firm of Morris, Manning & Martin, L.L.P. with offices at 1600 Atlanta Financial Center, Atlanta Georgia 30326, is hereby admitted to practice before this Court pro hac vice, for all purposes, as counsel for defendant Alogent Corporation in the above captioned action.

_____
U. S. D. J.

Dated: New York, New York
       May 27, 2008

- 1 -

6332629.1