Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

Laurie E. Foster
Partner
212.309.6885
lfoster@morganlewis.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

June 6, 2008

**BY FACSIMILE**

The Honorable Loretta Preska
United States District Court for the Southern District of New York
500 Pearl Street, Chambers 1320
New York, New York 10007

Re: Financial Technology Partners LP and
 FTP Securities LLC v. Alogent Corporation, Case No. 08cv2510

Dear Judge Preska:

We represent plaintiffs, Financial Technology Partners LP and FTP Securities LLC (collectively, "FT Partners"), in the above-captioned matter. We write to inform the Court that plaintiffs FT Partners and defendant Alogent Corporation n/k/a Goldleaf Enterprise Payments, Inc. ("Alogent") have considered the Court's suggestion that they participate in a settlement conference before Magistrate Judge Andrew J. Peck and have both agreed to do so. We respectfully request that Magistrate Judge Peck provide us with several possible dates for the settlement conference as plaintiffs' representative will be traveling from California and defendant's representative will be coming from Georgia.

Sincerely,

Laurie E. Foster

cc: Gerald W. Griffin, Esq. (By Fax)
 Lawrence H. Kunin, Esq. (By Fax)

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 9, 2008

1-NY/2321318.1