UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FINANCIAL TECHNOLOGY PARTNERS LP
& FTP SECURITIES LLC,

           Plaintiffs,

     -against-

ALOGENT CORPORATION,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/13/08

08 Civ. 2510 (LAP) (AJP)

ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a telephone conference for the purpose of scheduling a settlement conference in this matter is scheduled for Monday, June 16, 2008 at 2:00 p.m. Counsel are to jointly call chambers (212-805-0036) on one line at the scheduled time.

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:    New York, New York
                June 13, 2008

                                              Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Laurie E. Foster, Esq.
                                  Gerald W. Griffin, Esq.
                                  Lawrence H. Kunin, Esq.
                                  Judge Loretta A. Preska

C:\ORD\