UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/16/08
```

------------------------------------- x

FINANCIAL TECHNOLOGY PARTNERS LP
& FTP SECURITIES LLC,

        Plaintiffs,

-against-

ALOGENT CORPORATION,

        Defendant.

------------------------------------- x

08 Civ. 2510 (LAP) (AJP)

ORDER FOR SETTLEMENT CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for August 12, 2008 at 9:30 a.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company. The Court notes that it has agreed to this date to accommodate counsels' schedules and counsel have been informed that there will be no extension of the discovery cutoff dates and counsel have agreed to this.

        On or before August 5, 2008, counsel shall provide a confidential settlement memorandum to my chambers. The memorandum shall not be filed with the Clerk of the

C:\ORD\

2

Court nor provided to opposing counsel.  The memorandum should explain the factual and legal background of the case as it impacts on settlement negotiations; the status of prior settlement discussions between the parties, if any; and the party's settlement proposal (range). The latter should be the realistic settlement range of that party, not just the party's "opening bid."  The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel.  I strongly <u>suggest</u> that the settlement memorandum not exceed 15 pages (counsel may file a longer memorandum without leave of court if counsel truly believes it is necessary; however, any memorandum in excess of 15 pages must be filed two weeks before the conference).

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:	New York, New York
	June 16, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:	Laurie E. Foster, Esq.
	Gerald W. Griffin, Esq.
	Lawrence H. Kunin, Esq.
	Judge Loretta A. Preska

C:\ORD\

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** June 16, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Laurie E. Foster, Esq. | 212-309-6273 |
| Gerald W. Griffin, Esq. | 212-732-3232 |
| Lawrence H. Kunin, Esq. | 404-495-3646 |