Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

Laurie E. Foster
Partner
212.309.6885
lfoster@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/18/08

June 17, 2008

**VIA FACSIMILE 212-805-0036**

Magistrate Judge Andrew J. Peck
United States District Court, Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007-1312

Re:   Financial Technology Partners LP and
      FTP Securities LLC v. Alogent Corporation, Case No. 08cv2510

Dear Judge Peck:

We represent plaintiffs in the above-captioned matter. During yesterday's conference, you scheduled a settlement conference for August 12, 2008 at 9:30 a.m. and you asked that counsel submit a joint letter today to confirm that there will be no extension of the discovery cutoff date as a result of the scheduling of the conference in August. I have consulted with Mr. Kunin, counsel for defendant, and we jointly confirm that this is acceptable to both plaintiffs and defendant.

Sincerely,

Laurie E. Foster

cc:   Gerald W. Griffin, Esq. (By Fax)
      Lawrence H. Kunin, Esq. (By Fax)

**MEMO ENDORSED** 6/17/08
APPROVED.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

1-NY/2325498.1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** __June 18, 2008__                                    **Total Number of Pages:** __2__

| TO | FAX NUMBER |
|---|---|
| Laurie E. Foster, Esq. | 212-309-6273 |
| Gerald W. Griffin, Esq. | 212-732-3232 |
| Lawrence H. Kunin, Esq. | 404-365-9532 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/17/08**

**APPROVED.**

Copy to:    Judge Loretta A. Preska